## Henry Weaver *against* William Cochran.

Service of notice of a rule to take depositions on the special bail of defendant is not good, though he attended and cross examined the witness, if another person usually acted as agent in the defendant's absence.

DEBT for penalty of articles of agreement.

The plaintiff offered the deposition of Robert Howie in evidence, on notice given to James Agnew, the special bail, and he attending and cross examining the witness.

This notice was excepted to; and it was proved to the court, that Agnew never acted as agent in the cause, though his father had usually acted as such in the absence of the defendant in Virginia; and that neither of them had ratified this act of the special bail. They cited Bauman and wife *v.* Kimmel *et al.* determined last week at Lancaster.

The court rejected the deposition, and said the rule in all such cases should be expressed more particularly.

Messrs. Duncan and Montgomery, *pro quer.*

Messrs. Bowie and Hopkins, *pro def.*